UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANIEL REAM, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT GROUP, INC., LUIS MANUEL RAMIREZ, RAYMOND K. GUBA, and TERENCE J. CRYAN,<br><br>         Defendants. | Case No. 3:15-cv-01679-M |
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA and LUIS MANUEL RAMIREZ,<br><br>         Defendants. | Case No. 3:15-cv-02120-B |

## DECLARATION OF JOE KENDALL

I, Joe Kendall, declare under the penalties of perjury as follows:

1.     I am a partner in the law firm Kendall Law Group, LLP in Dallas, Texas and counsel for Plaintiff Margaret Budde (the "Plaintiff" or "Movant") in the above-captioned action. I am duly admitted to practice in this District.

1

2

     2.     A true and correct copy of the Private Securities Litigation Reform Act of 1995 ("PSLRA") required Notice, dated May 13, 2015, is attached hereto as at Exhibit A.

     3.     A true and correct copy of Movant's certification required pursuant to the PSLRA is attached hereto as Exhibit B.

     4.     A true and correct copy of Margaret Budde's loss chart is attached hereto as Exhibit C.

     5.     A true and correct copy of the firm resume of Block & Leviton LLP is attached hereto as Exhibit D.

     6.     A true and correct copy of the firm resume of Kendall Law Group, LLP is attached hereto as Exhibit E.

     I declare under penalty of perjury that the foregoing is true and correct.

                                                                          /s/ Joe Kendall
                                                                        Joe Kendall, Esq.

Dated:  July 13, 2015