

**FIRM RESUME**

Kendall Law Group was founded by former federal judge Joe Kendall. It is a boutique trial law firm staffed by a former U.S. Attorney, federal law clerks, and experienced securities lawyers. Led by Judge Kendall, the group of experienced and highly specialized practitioners brings value-added assistance to their clients in complex class action, securities, and business litigation matters.

Since 2002, in class action securities fraud cases, the lawyers at Kendall Law Group have participated in obtaining over $800 million for shareholders. The Kendall Law Group has served as lead or liaison counsel in numerous merger & acquisition, derivative, and securities class action matters, including: *In re Burlington Northern Santa Fe Corporation Shareholder Class Action Litigation*, Cause No. 348-241465-09, (348th District Court, Tarrant County, Texas) *In re Affiliated Computer Services Derivative Litigation*, Master File No. 3:06-cv-1110-M (N.D. Tex.); *In re Cablevision Systems Corp. Shareholder Derivative Litigation*, Master File No. CV-06-4130 (E.D.N.Y.); *Ryan v. Flowserve Corp.*, Civil Action No. 3:03-CV-01769 (N.D. Tex.); *Blackmoss Investments v. Gravity Corp., et. al.*, Civil Action No. 1:05-CV-04804-LAP (S.D.N.Y.); *In re Guidant Corp. Securities Litigation*, Master File No. 1:05- CV-01658-SEB-WTL (S.D. Ind.); *In re 7-Eleven Shareholders Litigation*, No. 05-089344-M (District Court Dallas County, Texas); *In re Impac Mortgage Holdings, Inc., Case No.* 8:06-cv-00091-CJC-RNB (C.D. Cal.); *In re Fossil Derivative Litigation*, Cause No. 3:06-cv-01672-P (N.D. Tex.); *Dillingham v. Schmitz*, Cause No. 2005C119934 (288th District Court, Bexar County, Texas); *Alaska Electrical Pension Fund v. Brown, et al.*, Cause No. 6:04-CV-464 (E.D. Tex.); *Holowach v. Gilliland, et al.*, Cause No. 017-221963-07 (17th District Court, Tarrant County, Texas); *Levy Investments v. Donald Steen, et al.*,

Cause No. DC-07-00208 (101st District Court Dallas County, Texas); *In re Petco Animal Supplies, Inc., Shareholder Litigation,* Case No. GIC 869399 (Superior Court, San Diego, California); *Frank Capovilla v. Lone Star Technologies, Inc., et al.,* Cause No. DC-07-002979 (14th District Court, Dallas County, Texas); *Louis Dudas v. Encore Medical Corporation, et al.,* Cause No. D-1-GN-002495 (345th District Court, Travis County, Texas); *Waggoner v. Ryan, et al,* Cause No. CC-05-13893 (County Court at Law No. 2, Dallas County, Texas); *Evans v. Paulson, et al.,* Cause No. 05-01818-JMR-FLN (D. Minn.); In *re Accuray, Inc. Shareholder Derivative* Litigation, Case No. C 09 05580 CW (N.D. Cal.); *In re Microtune, Inc. Litigation,* Cause No. 219-03729-2010 (219th District Court, Collin County, Texas); *Edward Ferguson v. Louis Raspino, et al*., Cause No. 2010-23805 (281st District Court, Harris County, Texas); *In re Duncan Energy Partners L.P. Shareholder Litigation*, Cause No. 2011-13981 (269th District Court, Harris County, Texas); and others.

**JOE KENDALL**

Former United States District Judge Joe Kendall is the managing partner of Kendall Law Group. Mr. Kendall served on the federal bench in the Northern District of Texas from 1992-2002, appointed by President George Herbert Walker Bush. At the time of his appointment, he was the youngest U.S. District Judge in the country. He also served as a state district judge on the 195th Judicial District Court in Dallas from 1987-1992. In his judicial career, he has presided over approximately 500 jury trials and disposed of over 11,000 cases. Mr. Kendall has a B.B.A. from the Cox School of Business at Southern Methodist University and a law degree from Baylor University. Mr. Kendall served as a Commissioner on the United States Sentencing Commission from 1999 through 2002, appointed by President Bill Clinton.

Since leaving the bench and returning to trial work, Mr. Kendall has had tremendous success at the prosecution of patent, consumer and securities class action litigation either as lead, co-lead or

liaison counsel: *Shields v. Bridgestone/Firestone, Inc., et al.*, Cause No. B-170,462 (Tex. Dist. Court, 172nd Judicial District - Jefferson County, Mar. 12, 2004) ($19 million recovery for class members); *Pirelli Armstrong Tire Corporation retiree Medical Benefits Trust v. Hanover Compressor Company, et al,* Cause No. H-02-0410 (S.D. Tex., Jan. 2003), ($85 million recovery for shareholders); *Wahl v. Daisytek*, Cause No. 4:03-CV-00212, (E.D. Tex., Jul. 20, 2005) ($6 million recovery for shareholders); *Schwartz v. TXU Corp., et al***,** Cause No. 3:02-CV-2243-K (N.D. Tex.) ($149.75 million recovery for shareholders); *In re Dynegy, Inc. Securities Litigation,* Cause No. H-02-CV-1571 (S.D. Tex., April 2005), ($474 million recovery for shareholders). He frequently serves as local counsel for out of state lawyers in all federal and state courts in Texas.

While on the federal bench, Mr. Kendall handled numerous class actions of various types and presided over in excess of 100 civil jury trials, including complex litigation, securities, antitrust, qui tam, medical malpractice, products liability, and patent infringement cases. He presided over a multi-district litigation case, and also handled environmental and CERCLA cases. Author of more than 250 judicial opinions published in the federal reporters or legal research databases, his more notable cases include, *Ozee v. American Council on Gift Annuities* (an antitrust class action against the most prominent charities in the nation), *SBC Communications v. AT&T* (to determine the constitutionality of certain provisions of the Telecommunications Act of 1996), *American Airlines, Inc. v. Allied Pilots Association* (the pilots sickout dispute in 1999), and *Johnson v. City of Dallas* (a case brought by homeless persons to determine the constitutionality of a city ordinance prohibiting sleeping in public). Before his elevation to the bench, Mr. Kendall was a trial lawyer in Dallas, and tried more than 100 jury trials to judgment.

Additionally, Mr. Kendall taught new federal judges for the Federal Judicial Center in Washington, D.C. and has taught docket management techniques to experienced federal judges

throughout the country. He is a former board member of the Federal Judges Association and was editor of *In Camera*, the newsletter of the Federal Judges Association.

**SIGNIFICANT DECISIONS OF JUDGE JOE KENDALL**

| | |
|---|---|
| 1. *Sharju Ltd. Partnership v. Choice Hotels International, Inc.*, Case No. 3:01-CV-2605-X | 2. *Smith v. Nine West Group, Inc.*, Case No. 3:98-CV-1331-X. |
| 3. *BKS Properties v. Shumate*, 271 B.R. 794. | 4. *Jones v. Prime, Inc.*, Case No. 3:99-CV-1514-X. |
| 5. *Kennedy v. Barnhart*, Case No. 3:00-CV-2472-X. | 6. *Sentry Insurance Co. v. Greenleaf Software, Inc.*, Case No. 3:99-CV-1232-X. |
| 7. *Loosier v. Anderson*, Case No. 3:00-CV-2528-X. | 8. *Poindexter v. R.J. Reynolds Tobacco Co.*, Case No. 3:99-CV-0262-X. |
| 9. *Gibson v. Atlantic Southeast Airlines*, Case No. 3:00-CV-2712-X. | 10. *Whitworth v. TNT Bestway Transportation, Inc.*, Case No. 3:96-CV-0382-X. |
| 11. *Methodist Hospitals v. Prudential Healthcare*, Case No. 3:01-CV-1999-X. | 12. *Media Farm, Inc. v. eToll, Inc.*, Case No. 3:99-CV-2578-X. |
| 13. *McMillon v. Fleming*, Case No. 4:01-CV-815-X. | 14. *In re Great Southern Life Insurance Co. Sales Practices Litigation*, MDL No. 1214. |
| 15. *United States v. Morris*, 176 F. Supp.2d 668. | 16. *Martin v. United States Postal Service*, Case No. 3:99-CV-0670-X. |
| 17. *Smith v. Tarrant County*, Case No. 4:99-CV-0657-X. | 18. *Taylor v. Underwood*, Case No. 3:99-CV-2632-X. |
| 19. *Wilkerson v. Wells Fargo Bank*, Case No. 3:01-CV-0117-X. | 20. *Harrison v. City of Dallas*, Case No. 3:99-CV-1209-X. |
| 21. *Martinez v. 291st Judicial District Court*, Case No. 3:01-CV-1907-X. | 22. *Kondos Employee Health Care Plan v. First Integrated Health, Inc.*, Case No. 3:99-CV-2190-X. |
| 23. *Ventura Vera v. Estrada*, Case No. 3:01-CV-1044-X. | 24. *Jones v. Fujitsu Network Communications, Inc.*, 81 F. Supp.2d 688. |
| 25. *Patt v. Sweetheart Cup Co.*, Case No. 3:99-CV-2443-X. | 26. *Sims v. Ware*, Case No. 3:95-CV-177-X. |
| 27. *Ross v. Massanari*, Case No. 3:00-CV-2454-X. | 28. *United States v. Hughes*, 71 F. Supp.2d 605. |
| 29. *Cunningham v. Gibson*, Case No. 3:01-CV-1522-X. | 30. *American Airlines, Inc. v. Allied Pilots Association*, 53 F. Supp.2d 909. |
| 31. *Ramirez v. Cornet Enterprises, Inc.*, Case No. 3:01-CV-1317-X. | 32. *Barrett v. Clarendon National Insurance Co.*, Case No. 3:93-CV-1451-X. |
| 33. *Collins v. Merck-Medco Prescription Services of* | 34. *Heritage Worldwide, Inc. v. World Color Press,* |

| | |
|---|---|
| *Texas*, LLC, Case No. 3:00-CV-1852-X. | *Inc*., Case No. 3:96-CV-3356-X. |
| 35. *Cunningham v. Bienfang*, Case No. 3:00-CV-0448-X. | 36. *Seawright v. Charter Furniture Rental, Inc*., 39 F. Supp.2d 795. |
| 37. *Transamerica Equipment Financial Services Corp. v. Amwest Surety Insurance Co*., Case No. 3:00-CV-2321-X. | 38. *Lockhart v. AT&T*, Case No. 3:97-CV-3021-X. |
| 39. *Securities & Exchange Commission v. Bachani*, Case No. 3:01-CV-1744. | 40. *Golman-Hayden Co. v. Fresh Source Produce*, 27 F. Supp.2d 723. |
| 41. *Rogers v. Paquet*, Case No. 3:01-CV-0969-X. | 42. *Mayes v. LIN TV*, Case No. 3:96-CV-0396-X. |
| 43. *PriceWaterhouse Coopers, LLP v. Litzler (In re Harbor Financial Group, Inc.)*, Case No. 3:00-CV-1283-X. | 44. *Gossom v. J.O.S., Inc*., Case No. 3:96-CV-0374-X. |
| 45. *Washington International v. Industry Insurance Co*., Case No.3:00-CV-0196-X. | 46. *Morse v. Escobedo*, Case No. 3:98-CV-0686-X. |
| 47. *Estep v. Dallas County*, Case No. 3:95-CV-0799-X. | 48. *Richardson v. Apfel*, 9 F. Supp.2d 666. |
| 49. *Seppy v. City of Irving*, Case No.3:00-CV-0386-X. | 50. *Myers v. Top Tobacco Co., L.P.*, Case No. 3:97-CV-2464-X. |
| 51. *Friday v. Halter*, Case No. 3:01-CV-0901X. | 52. *Colbert v. Georgia-Pacific Corp*., 995 F. Supp. 697. |
| 53. *Rodriguez v. Snider*, Case No. 3:01-CV-0688-X. | 54. *ARA Automobile Group v. Central Garage*, Case No. 3:89-CV-1389. |
| 55. *Kisiel v. RAS Securities Corp*., Case No. 3:01-CV-0294-X. | 56. *Hanafy v. United States*, 991 F. Supp. 794. |
| 57. *Compana, L.L.C. v. Agile Software Corp*., Case No. 3:01-CV-1164-X. | 58. *SBC Communications. v. Federal Communications Commission*, 981 F. Supp. 996. |
| 59. *Guan v. Harrington*, Case No. 3:00-CV-2347-X. | 60. *Gonzales v. Johnson*, 994 F. Supp. 759. |
| 61. *Management Insights, Inc. v. APG, Inc*., Case No. 3:00-CV-2779-X. | 62. *Dippin' Dots v. Mosey*, Case No. 3:96-CV-1959-X. |
| 63. *Zurich Automobile Insurance Co. v. Boyes (In re Zurich Automobile Insurance Co.)*, Case No. 3:99-CV-2350-X. | 64. *Waste Control Specialists v. United States Department of Energy*, Case No. 7:97-CV-202-X. |
| 65. *Dalfort Aerospace, Inc. v. Airline Division of the International Brotherhood of Teamsters*, Case No. 3:01-CV-006-X. | 66. *In re Future Communications, Inc. Securities Litigation*, Case No. 3:93CV-2064X. |
| 67. *Martin Marietta Materials Southwest, Ltd v. St. Paul Guardian Insurance Co*., 145 F. Supp. 2d 794. | 68. *Venable v. Keever*, Case No. 3:96-CV-0580-X. |
| 69. *Hooks v. Hilite Industries*, Case No. 3:00-CV- | 70. *Richie v. American Council on Gift Annuities*, 943 |

| | |
|---|---|
| 2358-X. | F. Supp. 685. |
| 71. *Weinberg v. Silber*, 140 F. Supp.2d 712. | 72. *Joseph N. Main P.C. v. Electronic Data Systems Corp*., Case No. 3: 95-CV-1993-X. |
| 73. *Johnson v. City of Dallas*, 141 F. Supp.2d 645. | 74. *United States v. Grant*, 933 F. Supp. 610. |
| 75. *Rose v. Digital Convergence Communications, Inc*., Case No. 3:00-CV-2057-X. | 76. *Calmes v. United States*, 926 F. Supp. 582. |
| 77. *Bell Helicopter Textron, Inc. v. C&C Helicopter Sales, Inc.*, Case No. 3:00-CV-1516-X. | 78. *Roberts v. Dayton Hudson Corp*., 914 F. Supp. 1421. |
| 79. *Johnson v. Dillard Department Stores, Inc*., Case No.3:00-CV-2674-X. | 80. *McDaniel v. Southern Pacific Transportation*, 932 F. Supp. 163. |
| 81. *Bank One Arizona, N.A. v. Wilton Partners Hurst, et al*, Case No. 3:00-CV-2254-X. | 82. *Burnett Plaza Associates v. NCNB Texas National Bank*, Case No. 3:89-CV-1290-X. |
| 83. *Williams v. GTE*, Case No. 3:00-CV-2380-X. | 84. *Holdbrook v. California Federal Bank*, 905 F. Supp. 367. |
| 85. *Harrison v. GMC*, Case No. 3:00-CV-1272-X. | 86. *Nelson v. Reddy*, 898 F. Supp. 409. |
| 87. *Alfaro v. Leather Center, Inc.*, Case No. 3:00-CV-2107-X. | 88. *Maxus Energy Corp. v. United States*, 898 F. Supp. 399. |
| 89. *Transamerica Equipment Financial Services Corp. v. Amwest Surety Insurance Co.*, Case No. 3:00-CV-2321-X. | 90. *DSC Communications Corp. v. DGI Technologies*, 898 F. Supp. 1183. |
| 91. *Hines v. AC & S, Inc.*, Case No. 3:00-CV-2637X. | 92. *Trinity Industries v. United Steelworkers*, 891 F. Supp. 342. |
| 93. *Chambless v. Travelers Lloyds of Texas Insurance Co.*, Case No. 3:00-CV-784-X. | 94. *Bluebonnet Savings Bank v. Federal Deposit Insurance Corporation*, 891 F. Supp. 332. |
| 95. *Mayfield-George v. Texas Rehabilitation Commission*, Case No. 3:99-CV-2735-X. | 96. *McCratic v. Bristol-Myers Squibb & Co.*, Case No. 3:95-CV-1122-X. |
| 97. *Southwest Materials Handling Co. v. Nissan Motor Co.*, Case No. 3:98-CV-2367-X. | 98. *Finlan v. City of Dallas*, 888 F. Supp. 779. |
| 99. *Foster v. Simpson*, Case No. 3:99-CV-2293-X. | 100. *Ozee v. American Council on Gift Annuities*, 888 F. Supp. 1318. |
| 101. *Fina Technologies, Inc. v. Ewen*, Case No. 3:93-CV-2529-X. | 102. *Dallas Fire Fighters Association v. City of Dallas*, 885 F. Supp. 915. |
| 103. *Vation v. Gainey Transportation Services*, Case No.3:99-CV-2388-X. | 104. *Maryland Casualty Co. v. Texas Commerce Bancshares*, 878 F. Supp. 939. |
| 105. *Hulett v. City of Dallas*, Case No. 3:98-CV-2301-X. | 106. *Thornton v. Micrografx*, 878 F. Supp. 931. |

| | |
|---|---|
| 107. *Doherty v. Center for Assisted Reproduction, P.A.*, 108 F. Supp.2d 672. | 108. *Scott v. City of Dallas*, 876 F. Supp. 852. |
| 109. *Aegis v. Shared Medical Systems Corp.*, Case No. 3:99-CV-2697-X. | 110. *Johnson v. J.C. Penney Co.*, 876 F. Supp. 135. |
| 111. *Payne v. Powers*, Case No. 3:99-CV-2182-X. | 112. *Black v. Callahan*, 876 F. Supp. 131 |
| 113. *Clear Entertainment, L.L.C. v. KPMG, L.L.P.*, Case No. 3:99-CV-2518-X. | 114. *Clark v. Collins*, 870 F. Supp. 132. |
| 115. *Searcy v. Texas Universal Health Plan, Inc.*, Case No. 3:99-CV-2380-X. | 116. *Figari & Davenport, L.L.P. v. Continental Casualty Co.*, 864 F. Supp. 11. |

**JAMES A. ROLFE**

Jim Rolfe was appointed by President Reagan as the United States Attorney for the Northern District of Texas. Mr. Rolfe's clients include Fortune 500 companies, CEOs, board members, corporate officers and citizens accused of misconduct. Mr. Rolfe offers a broad range of strategic legal advice and counsel based upon his extraordinary career as one of the country's pre-eminent trial attorneys. With over 40 years experience prosecuting and defending cases, Mr. Rolfe enjoys a national reputation as a masterful advocate.

Mr. Rolfe has tried jury cases in federal courts throughout the country and has also served as lead trial counsel in numerous state courts throughout Texas. He graduated from the University of Texas School of Law in 1968, and Austin College in 1965.

**KARL RUPP**

Mr. Rupp is one of the founding partners of the Kendall Law Group, LLP. A fifteen-year lawyer, Mr. Rupp's highly specialized practice consists of complex litigation primarily in the federal courts. Licensed in Texas and California, as well as numerous federal trial and appellate courts, including the Federal Circuit and US Supreme Court, Mr. Rupp has personally tried numerous jury trials to judgment and successfully argued before various courts of appeal.

Born in Texas and educated in California, Mr. Rupp was raised in Colombia and reads, writes and speaks Spanish fluently. Mr. Rupp has dual degrees in telecommunications and international relations, and is comfortable communicating with both judges and juries.

**MATTHEW SCOTT**

Matthew Scott earned his Bachelor of Science from the University of Iowa in 1990. He graduated from Drake University Law School in 1995. Mr. Scott, a 17 year attorney, is board certified in labor and employment law by the Texas Board of Legal Specialization. He chaired the Fifth Circuit Labor & Employment Law Pattern Jury Charge Advisory Committee from 2001 to 2009, which was responsible for drafting the pattern jury charges for use in employment discrimination cases tried in Texas, Louisiana and Mississippi.

Mr. Scott's practice is focused exclusively on representing individuals in employment discrimination, retaliation, wrongful termination, and overtime and equal pay lawsuits in federal and state court at both the district court and appellate court levels. He isadmitted to practice before all Texas state courts, as well as all Federal District Courts of Texas.

Mr. Scott is the head of the Employment Law Section of the Kendall Law Group. He formerly served as the senior member of the Rockwall City Council in Rockwall, Texas, and as an Ex Officio Director of the Rockwall Economic Development Corporation.

**MARLO CADEDDU**

Marlo Cadeddu graduated magna cum laude from Georgetown Law School in Washington, D.C. where she was a recipient of the Order of the Coif and the CALI Excellence for the Future Award. After graduation, Ms. Cadeddu clerked for Chief Judge A. Joe Fish of the United States District Court for the Northern District of Texas.

Ms. Cadeddu graduated with departmental honors from the Johns Hopkins University in 1989 and received her master's degree in strategic studies and international economics from the Johns Hopkins School of Advanced International Studies. After graduate school, Ms. Cadeddu was an international banker. She completed the Chase Manhattan Bank Management Development Program in New York and was named Second Vice President in the Chase Manhattan International Private Banking Division. In that capacity, Ms. Cadeddu managed more than forty million dollars in assets of high net worth European and African clients. After three years in New York, Ms. Cadeddu left private banking for corporate finance. As an international corporate lender with the First National Bank of Maryland, an Allied Irish Bank subsidiary in Baltimore, Maryland, Ms. Cadeddu received training in corporate credit analysis and accounting.

Ms. Cadeddu, a native of New Orleans, Louisiana, has lived in a number of countries in Europe and the Middle East and she speaks both French and Italian. She is admitted to practice in all state courts in Texas, the United States District Courts for the Northern and Eastern Districts of Texas and the Fifth Circuit Court of Appeals.

**JAMIE MCKEY**

Jamie J. McKey earned her Bachelor of Arts in English from University of Texas—Pan American in 2003. Jamie graduated Magna Cum Laude from St. Mary's University School of Law in 2006. During her second year of law school, Jamie clerked for the Honorable Barbara Hervey at the Texas Court of Criminal Appeals. Following graduation, Jamie pursued her legal career as a Briefing Attorney for Judge Hervey at the Texas Court of Criminal Appeals.

After the one year commitment to the Court of Criminal Appeals, Jamie worked for The Law Offices of Albert M. Gutierrez, in San Antonio, Texas, where she gained valuable insight into

both the practice of criminal law as well as civil law. In 2008, Jamie and her husband, Jeremy, who is also an attorney, moved to Dallas.

In 2008, Jamie joined The Bassett Firm, in Dallas. The primary emphasis of her practice at The Bassett Firm focused as a litigation appellate attorney for many high profile clients. The bulk of Jamie's practice focused on Business Litigation, Commercial Litigation, Employer Liability, ERISA claims, Motor Vehicle Accidents, Non-Subscriber Employer Liability, Premises Liability, Products Liability, Professional Liability, and Transportation Litigation.

Jamie is admitted to practice before all Texas state courts, as well as all Federal District Courts of Texas. Jamie is a member of the Dallas Bar Association, Dallas Bar Association Publications Committee, and the Texas Young Lawyer's Association.