IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA, and LUIS MANUEL RAMIREZ,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 3:15-cv-2120 |

## LOCAL RULE 3.3 NOTICE OF RELATED CASE

Pursuant to Local Rule 3.3, Defendant Global Power Equipment, Inc. files this Notice of Related Case. On March 13, 2015, the lawsuit styled *Daniel Ream v. Global Power Equipment Group, Inc.*, Civil Action No. 3:15-cv-01679-M was filed in the U.S. District Court for the Northern District of Texas and remains pending before The Honorable Barbara M.G. Lynn.

Respectfully submitted,

 */s/ Scott L. Davis*
Scott L. Davis
State Bar No. 05547030
Todd A. Murray
State Bar No. 00794350
Rachel Kingrey
State Bar No. 24068616
GARDERE WYNNE SEWELL LLP
1601 Elm St., Suite 3000
Dallas, TX 75201-4761
214.999.3000
Fax: 214.999.4667
sdavis@gardere.com
tmurray@gardere.com
rkingrey@gardere.com

1

        David G. Januszewski
        ***(pro hac application forthcoming)***
        Cahill Gordon & Reindel LLP
        80 Pine Street
        New York, New York 10005
        212.701.3352
        Fax: 212.378.2200
        djanuszewski@cahill.com

        ***Attorneys for Defendant, Global Power Equipment, Inc.***

## Certificate of Service

I certify that a copy of this document was served by delivery to all other parties in this case entitled to receive such notification through this court's CM/ECF system on July 14, 2015:

Joe Kendall
Jamie J. Mckey
KENDALL LAW GROUP, LLP
3232 McKinney Avenue
Suite 700
Dallas, Texas 75204
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

Jeffrey C. Block
Jason M. Leviton
Steven P. Harte
BLOCK & LEVITON LLP
155 Federal Street
Suite 400
Boston, Massachusetts 02110
Jeff@blockesq.com
Jason@blockesq.com
Steven@blockesq.com

        */s/ Rachel Kingrey*
        Rachel Kingrey