UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGARET BUDDE, on behalf of herself and all others similar situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:15-CV-02120-B |
| GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA, and LUIS MANUEL RAMIREZ, | § § § § | |
| Defendants. | § § | |

### ORDER OF TRANSFER

Having reviewed the parties' Notice of Related Case (doc. 12), the Court **ORDERS** this case transferred to The Honorable Barbara M.G. Lynn, U.S. District Judge for the Northern District of Texas, Dallas Division.

SO ORDERED.
Dated: July 14, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE