# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff*<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA, AND LUIS MANUEL RAMIREZ,<br><br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§ Case No. 3:15-CV-02120-B<br>§<br>§<br>§<br>§<br>§ |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court has considered the Application for Admission *Pro Hac Vice* of

David G. Januszewski                                                                 .

It is ORDERED that:

☐   the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐   the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____            _____
DATE                                                                        PRESIDING JUDGE