# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br>*Plaintiff*<br><br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA, AND LUIS MANUEL RAMIREZ,<br>*Defendant* | §§§§§§§§§<br>Case No. 3:15-CV-02120-B |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Cahill Gordon & Reindel LLP_____, with offices at

80 Pine Street_____
(Street Address)

New York_____  New York_____  10005_____
(City)                                    (State)          (Zip Code)

212.701.3352_____  212.378.2200_____
(Telephone No.)                           (Fax No.)

II. Applicant will sign all filings with the name David G. Januszewski_____.

III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA, AND LUIS MANUEL RAMIREZ

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 2381689    Admission date: 1991

For Court Use Only.
Bar Status Verified: _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Connecticut | 1990 | Active |
| Massachusetts | 1989 | Inactive |
|  |  |  |
|  |  |  |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

IX.   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

n/a                           n/a

(If necessary, attach statement of additional applications.)

X.    Local counsel of record associated with Applicant in this matter is

Todd Murray - Gardere Wynne Sewell LLP                                    , who has offices at

1601 Elm Street, Suite 3000
(Street Address)

Dallas                                        Texas              75201
(City)                                        (State)            (Zip Code)

214.999.4862                                  214.999.3862
(Telephone No.)                               (Facsimile No.)

XI.   Check the appropriate box below.

   For Application in a **Civil Case**

   ☑   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

   For Application in a **Criminal Case**

   ☐   Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __15__ day of __July__, __2015__.

David G. Januszewski
Printed Name of Applicant

*[signature]*
Signature