IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGARET BUDDE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>GLOBAL POWER EQUIPMENT, INC., RAYMOND K. GUBA, and LUIS MANUEL RAMIREZ,<br><br>Defendants. | § § § § § § § § § § § § § § Civil Action No. 3:15-cv-2120 |

## ORDER GRANTING AGREED MOTION REGARDING DEADLINE
## FOR RESPONDING TO COMPLAINT

Comes now, the Agreed Motion Regarding Deadline for Responding to Complaint ("the Agreed Motion"), submitted by Plaintiff, Margaret Budde ("Plaintiff"), and Defendant Global Power Equipment, Inc. ("Global Power"). Upon consideration of the Agreed Motion, and pleadings on file, the Court is of the opinion that the Agreed Motion should be granted. It is, therefore,

Ordered, ~~Adjudged and Decreed~~ that the Agreed Motion Regarding Deadline for Responding to Complaint be, and hereby is, GRANTED. It is

Further Ordered, ~~Adjudged and Decreed~~ that Defendants' deadline for moving, answering, or otherwise responding to the Complaint is due sixty (60) days from the date the lead plaintiff is designated, or such other time as the Court may establish. It is

~~Further Ordered, Adjudged and Decreed that this Order may be entered without further notice.~~

*Barbara M.G. Lynn*
7/15/15

1

AGREED AND STIPULATED TO:

| | |
|---|---|
| /s/ Jamie J. McKey | /s/ Rachel Kingrey |
| Joe Kendall | Scott L. Davis |
| State Bar No. 11260700 | State Bar No. 05547030 |
| Jamie J. McKey | Todd A. Murray |
| State Bar No. 24045262 | State Bar No. 00794350 |
| KENDALL LAW GROUP, LLP | Rachel Kingrey |
| 3232 McKinney Ave., Suite 700 | State Bar No. 24068616 |
| Dallas, TX 75204 | GARDERE WYNNE SEWELL LLP |
| Telephone: 214-744-3000 | 1601 Elm St., Suite 3000 |
| Facsimile: 214-744-3015 | Dallas, TX 75201-4761 |
| jkendall@kendalllawgroup.com | 214.999.3000 |
| jmckey@kendalllawgroup.com | Fax: 214.999.4667 |
| | sdavis@gardere.com |
| Jeffrey C. Block | tmurray@gardere.com |
| Jason M. Leviton | rkingrey@gardere.com |
| Steven P. Harte | |
| BLOCK & LEVITON LLP | David G. Januszewski |
| 155 Federal Street, Suite 400 | *(pro hac application forthcoming)* |
| Boston, Massachusetts 02110 | Cahill Gordon & Reindel LLP |
| Telephone: (617) 398-5600 | 80 Pine Street |
| Facsimile: (617) 507-6020 | New York, New York 10005 |
| Jeff@blockesq.com | 212.701.3352 |
| Jason@blockesq.com | Fax: 212.378.2200 |
| Steven@blockesq.com | djanuszewski@cahill.com |
| | |
| *Attorneys for Plaintiff, Margaret Budde* | *Attorneys for Defendant, Global Power Equipment, Inc.* |